**Troy Matthew JACKSON,**
**Plaintiff—Appellant,**

v.

**Tammy D. BURGESS; Donnie Reid;**
**E.E. Bayliss, Jr., Realtor,**
**Defendants—Appellees.**

No. 04–6182.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2004.

Decided: April 2, 2004.

Troy Matthew Jackson, Appellant pro se.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy Matthew Jackson appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C. § 1983 (2000), pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii) (2000), as frivolous and for failure to state a claim upon which relief may be granted. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jackson v. Burgess,* No. CA–03–514–2 (E.D.Va. Dec. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*